UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No: |
| | ) | |
| | ) | Judge: |
| Plaintiff, | ) | |
| vs. | ) | |
| SORIAS CUSTOM EXTERIORS, LLC | ) | |
| 187 BRIDGE STREET | ) | |
| JACKSON, OH 45640 | ) | |
| Defendant. | ) | |

## COMPLAINT

NOW COMES Plaintiff, the United States of America, by and through undersigned counsel, hereby sets forth its Complaint against the Defendant and states as follows:

### I. JURISDICTION AND VENUE

1. This action to collect an indebtedness is brought by the United States of America on behalf of the Department of Labor pursuant to Title 28, United States Code, §1345 and Title 28, United States Code, §3001.

2. Following inspections of Defendant Sorias Custom Exteriors, LLC's operations, the Department of Labor determined that Defendant violated the Occupational Safety and Health Act of 1970, codified in 29 CFR 1926, *et seq*. The due and owing debt resulting from these violations was referred to the United States Department of Justice via the United States Department of Treasury for enforced collection.

3. Defendant Sorias Custom Exteriors, LLC is an active Ohio corporation located within the jurisdiction of this Court and may be served process as follows:

Sorias Custom Exteriors, LLC
187 Bridge Street
Jackson, OH 45640

## II.     COUNT ONE- ACTION FOR ENFORCEMENT OF CIVIL PENALTIES

4. Paragraphs 1-3 of the Complaint are hereby realleged as if fully rewritten herein.

5. On or about October 5, 2020, the Department of Labor issued a Citation and Notification of Penalty following its investigation of Defendant's operations. Two citations were issued for a total of $15,905.00. A true and accurate copy of the October 5, 2020 Citation and Notification of Penalty is attached herein as **Exhibit A.**

6. On or about April 13, 2021, the Department of Labor issued a Citation and Notification of Penalty following its investigation of Defendant's operations. A citation was issued in the amount of $28,964.00. A true and accurate copy of the April 13, 2021 Citation and Notification of Penalty is attached herein as **Exhibit B.**

7. Statutory interest, penalties, and costs have been accessed and applied to the principal balance due on each of the citations in accordance with 31 U.S.C. §3717. *See 31 U.S.C. §3717.* The balance due and owing on the account as of September 2, 2025 totals $80,060.56. A true and accurate copy of the Certificate of Indebtedness is attached herein as **Exhibit C.** The debt is due and owing as follows:

    a. Principal: $44,869.00

    b. Statutory Interest (at 2.00%): $2,732.57

    c. Statutory Penalty (at 6.00%): $11,190.82

    d. Statutory Admin Fees: $21,268.17

    e. **TOTAL: $80,060.56**

8. Demand has been made upon the Defendant for payment of the indebtedness, and the Defendant has neglected and refused to pay the same.

    WHEREFORE, Plaintiff, the United States of America, on behalf of the Department of Labor, respectfully prays for relief as follows:

    a. For judgment in favor of the United States of America and against Defendant Sorias Custom Exteriors, LLC for the sum of $80,060.56, plus statutory interest and penalty that continues to accrue from September 2, 2025;

    b. An amount equal to the filing fee prescribed in 28 U.S.C. §1914 (a) pursuant to 28 U.S.C. §2412 (a) (2);

    c. Any additional attorney's fees and costs incurred in this action; and

    d. For such other relief as the Court deems just and proper

Date: October 7, 2025

                                                Respectfully submitted,

                                                */s/ Thomas L. Sooy, Esq.*

Thomas L. Sooy, Esq. (0087865)
The Law Offices of Robert A. Schuerger Co., LPA
Private Counsel, United States Department of Justice
1001 Kingsmill Parkway
Columbus, OH 43229
PH: 614-674-6902
Thomas.sooy@usdoj.gov
efiling@schuergerlaw.com
*Attorney for Plaintiff*